AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Madison McMahon

*Defendant(s)*

Case No. 6:26-mj- 1444

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 11, 2026 in the county of Brevard in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 1544 | Misuse of Passport |

This criminal complaint is based on these facts:

See attached affidavit.

❒ Continued on the attached sheet.

*Complainant's signature*

Michael Rifenberg, Special Agent, HSI

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 04/12/2026

*Judge's signature*

City and state: Orlando, Florida

Hon. Daniel C. Irick

*Printed name and title*

**STATE OF FLORIDA**

**Case No. 6:26-mj-** 1444

**COUNTY OF ORANGE**

## CRIMINAL COMPLAINT AFFIDAVIT

The affiant, Special Agent Michael Rifenberg of Immigration and Customs Enforcement, Homeland Security Investigations, first being duly sworn, states as follows:

## AGENT BACKGROUND

1. I am currently employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) as a Special Agent (SA) and have been so employed since March 2007. I have successfully completed both the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center at Brunswick, Georgia. I am currently assigned to HSI Space Coast in Rockledge, Florida. As part of my duties and responsibilities, I investigate federal criminal violations of the United States Code, as well as administrative violations of the United States Immigration and Nationality Act. I have received extensive training in border search authority and identification and immigration documents.

## PURPOSE OF AFFIDAVIT

2. This affidavit is submitted in support of a criminal complaint charging Madison MCMAHON (herein referred to as MCMAHON) with misuse of passport

in violation of 18 U.S.C. § 1544. This offense occurred on or about April 11, 2026, in Brevard County, Florida, in the Middle District of Florida. The facts contained in this affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement officers and civilians. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not contain each and every fact known by me or learned during the course of the investigation.

**PROBABLE CAUSE BASIS**

3. On or about April 8, 2026, U.S. Customs and Border Protection (CBP) at Port Canaveral, Brevard County, Florida, in the Middle District of Florida, received an anonymous tip at the CBP Information Center. The anonymous tip stated that a woman named "Madison McMahon" currently has a warrant for cutting off her ankle monitor and that she was currently aboard a cruise that departed from either Tampa or Port Canaveral. The tip also stated that "Madison McMahon" bought another girl's birth certificate, passport, and ID for $1,000 and is now traveling under the name B.P.W. The tip also stated that "Madison McMahon" will be getting off the boat and not getting back on to try and evade her current charges for trafficking methamphetamine.

4. Based on the information provided in the anonymous tip, CBP identified a passenger named B.P.W. traveling aboard a specific cruise boat. The 8-night cruise she was on departed Port Canaveral on April 3, 2026, and was scheduled

to return to Port Canaveral on April 11, 2026. The ports of call included Puerto Plata, Dominican Republic, San Juan, Puerto Rico, St. Thomas, U.S. Virgin Islands, and St. Croix, U.S. Virgin Islands. CBP placed a lookout on the passenger B.P.W. for possible identity fraud.

5. Based on the information provided in the anonymous tip, CBP and the Brevard County Sheriff's Office (BCSO) confirmed the existence of two active warrants, with extradition, for Madison MCMAHON. One warrant was issued out of Okaloosa County, Florida for violation of a court order with the original charge of felony traffic in drugs/smuggle bring narcotics into state/possession of drug paraphernalia. The other warrant was issued out of Cobb County, Georgia for probation violation with the original charge of possession of drugs.

6. On April 11, 2026, at approximately 6:00 A.M., the cruise boat arrived at Port Canaveral Cruise Terminal 5. Upon the vessel's arrival, the passenger traveling under the name B.P.W., later identified as Madison MCMAHON, was escorted to the ship's crew gangway by vessel security, where, at approximately 6:22 A.M., she was met by U.S. Customs and Border Protection Officer (CBPO) Smouthers and CBPO Marrero. CBPO Smouthers greeted MCMAHON and asked for her name. MCMAHON stated the name of B.P.W. CBPO Smouthers asked MCMAHON if she had any documents, to which she presented U.S. Passport #: xxxxx9366, Florida Driver License #: xxxxxxxxx8080, and Missouri Birth Certificate #: xxx-xxxx3692. All documents bore the identity of B.P.W. with

B.P.W.'s date of birth of xx/xx/1995. CBPO Smouthers asked MCMAHON if the documents belonged to her, to which MCMAHON replied "yes." CBPO Smouthers compared the photograph from the presented documents to MCMAHON and based on his comparison did not believe MCMAHON matched the documents presented. CBPO Smouthers asked MCMAHON once more for her name, to which MCMAHON again provided the name of B.P.W. CBPO Smouthers asked MCMAHON for her date of birth, to which MCMAHON replied with B.P.W.'s date of birth. At that point, MCMAHON was placed in handcuffs and escorted to CBP secondary by CBPOs Smouthers and Marrero.

7. During a border search of MCMAHON's luggage and belongings, three prescription pill bottles were found. All three prescription bottles bore the name "Madison MCMAHON." An iPhone and a Moto smartphone were also found during the search.

8. CBPO Smouthers attempted to enroll MCMAHON's biometrics with fingerprints and photo, but MCMAHON refused to comply, stating multiple times that she presented legitimate documents and did not want to take biometrics. MCMAHON eventually complied and allowed her fingerprints to be taken. Her fingerprints were enrolled into IDENT and returned a positive result for her true identity: Madison MCMAHON, with a date of birth of xx/xx/1996.

9. At approximately 7:53 A.M. that day, HSI SA Rifenberg and Federal Air Marshal Agent William Jenkins began to interview MCMAHON. Prior to

questioning, SA Rifenberg informed MCMAHON of her constitutional rights, via a written warning and waiver form. MCMAHON stated that she understood her rights and agreed to be interviewed. SA Rifenberg also advised MCMAHON of 18 U.S.C. §§ 1001, False Statements, via a written warning, which MCMAHON stated she understood.[1] Post-Miranda, MCMAHON stated, in sum and substance, the following: MCMAHON admitted her name is Madison MCMAHON with a date of birth of xx/xx/1996. MCMAHON admitted she knows she has at least one active warrant for her arrest and admitted she removed her ankle monitor approximately two months ago. When asked about B.P.W., MCMAHON stated B.P.W. is a friend and admitted paying her $1,000 to use her passport, driver license, and birth certificate. MCMAHON stated she picked up the documents from B.P.W. in Florida shortly before her cruise. MCMAHON stated she used her Android (Moto) smartphone to communicate with B.P.W. MCMAHON stated she obtained the passport, driver license, and birth certificate so she could go on the cruise and be undetected by law enforcement. MCMAHON admitted she knew it was illegal to lie to the CBP officers.

---

[1] MCMAHON initially signed and initialed both the Statement of Rights form and the False Statements form using B.P.W.'s name. When SA Rifenberg noticed she did this and mentioned it, she apologized. SA Rifenberg advised her of her rights again and advised her of making false statements again. MCMAHON stated she understood and signed both forms with her true name, Madison MCMAHON.

## CONCLUSION

10. Based on the foregoing, there is probable cause to believe that Madison MCMAHON willfully and knowingly used, or attempted to use, a passport issued or designed for the use of another, in violation of 18 U.S.C. § 1544.

This concludes my affidavit.

Michael Rifenberg
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone or videoconference consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) this 12 day of April, 2025.

HON. DANIEL C. IRICK
United States Magistrate Judge