UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-00109-PGB-NWH

MADISON MARIE MCMAHON

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating:

ESSENTIAL ELEMENTS

The essential elements of Count One of the Indictment, Misuse of a Passport, in violation of 18 U.S.C. § 1544, are the following according to Eleventh Circuit Pattern Jury Instruction O60.1:

First: the Defendant used and attempted to use a passport;

Second: the passport was issued or designed for the use of someone other than the defendant; and

Third: the Defendant acted knowingly and willfully.

## PENALTY

The penalties for the offense charged in Count One of the Indictment are a maximum of 10 years' imprisonment, *see 18 U.S.C. § 1544*; a fine of up to $250,000, *see 18 U.S.C. § 3571(b)(3)*; a term of supervised release of not more than 3 years, *see 18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)*; and a special assessment of $100, *see 18 U.S.C. § 3013(a)(2)(A)*.

## PERSONALIZATION OF ELEMENTS

First: On or about April 11, 2026, in the Middle District of Florida, did you use and attempt to use a United States passport at the Port Canaveral Cruise Terminal?

Second: Was the passport that you used and attempted to use issued or designed for the use of someone other than you, specifically B.P.W.?

Third: Was your use and attempted use of B.P.W.'s passport knowing and willful?

## FACTUAL BASIS

On or about April 11, 2026, in the Middle District of Florida, the defendant, Madison Marie MCMAHON, did knowingly and willfully use and attempt to use a United States passport issued and designed for the use of another, in that the defendant did present the United States passport of B.P.W. to U.S. Customs and Border Protections officials at the Port Canaveral Cruise Terminal.

Specifically, on or about April 8, 2026, U.S. Customs and Border Protection (CBP) at Port Canaveral, Brevard County, Florida, in the Middle District of Florida,

received an anonymous tip at the CBP Information Center. The anonymous tip stated that a woman named "Madison MCMAHON" has an outstanding warrant for cutting off her ankle monitor and that she was currently aboard a cruise that departed from either Tampa or Port Canaveral. The tip also stated that "Madison McMahon" bought another girl's birth certificate, passport, and identification for $1,000 and is now traveling under the name B.P.W. Finally, the tip stated that "Madison MCMAHON" may be getting off the boat at a port-of-call and not getting back on to try and evade her current state charges for trafficking methamphetamine.

Based on the information provided in the anonymous tip, CBP identified a passenger named B.P.W. traveling aboard a specific cruise boat. The 8-night cruise she was on departed Port Canaveral on April 3, 2026, and was scheduled to return to Port Canaveral on April 11, 2026. The ports-of-call included Puerto Plata, Dominican Republic; San Juan, Puerto Rico; St. Thomas, U.S. Virgin Islands; and St. Croix, U.S. Virgin Islands. CBP placed a lookout on the passenger "B.P.W." for possible identity fraud.

Also, based on the information provided in the anonymous tip, CBP and the Brevard County Sheriff's Office (BCSO) confirmed the existence of two active warrants, with extradition, for Madison MCMAHON. One warrant was issued out of Okaloosa County, Florida for violation of a court order with the original charge of "felony traffic in drugs/smuggle bring narcotics into state/possession of drug paraphernalia." The other warrant was issued out of Cobb County, Georgia for probation violation with the original charge of "possession of drugs."

On April 11, 2026, at approximately 6:00 A.M., the cruise boat arrived at Port Canaveral Cruise Terminal 5. Upon the vessel's arrival, the passenger traveling under the name B.P.W., later identified as Madison MCMAHON, reported to the ship's crew gangway, where, at approximately 6:22 A.M., she was met by U.S. Customs and Border Protection Officers (CPBOs). The CBPOs greeted MCMAHON and asked for her name. MCMAHON stated the name of B.P.W. CBPOs asked MCMAHON if she had any documents, to which she presented U.S. Passport #: xxxxx9366, Florida Driver License #: xxxxxxxxx8080, and Missouri Birth Certificate #: xxx-xxxx3692. All documents bore the identity of B.P.W. with B.P.W.'s date of birth of xx/xx/1995. CBPOs asked MCMAHON if the documents belonged to her, to which MCMAHON replied "yes." CBPOs compared the photograph from the presented documents to MCMAHON and, based on this comparison, did not believe MCMAHON matched the documents presented. CBPOs asked MCMAHON once more for her name, to which MCMAHON again provided the name of B.P.W. CBPOs asked MCMAHON for her date of birth, to which MCMAHON replied with B.P.W.'s date of birth. At that point, MCMAHON was placed in handcuffs and escorted to CBP secondary inspection by CBPOs.

During a border search of MCMAHON's luggage and belongings, three prescription pill bottles were found. All three prescription bottles bore the name "Madison MCMAHON." An iPhone and a Moto smartphone were also found during the search.

CBPOs attempted to enroll MCMAHON's biometrics with fingerprints and photo, but MCMAHON refused to comply, stating multiple times that she presented legitimate documents and did not want to take biometrics. MCMAHON eventually complied and allowed her fingerprints to be taken. Her fingerprints were enrolled into the DHS Automated Biometric Identification System (IDENT) and returned a positive result for her true identity: Madison Marie MCMAHON.

At this point, investigators from Homeland Security Investigations (HSI) began participating in the investigation. Prior to interviewing MCMAHON, HSI agents interviewed another passenger, Mr. William Walker. This occurred at approximately 0705 hours on April 11, 2026. Mr. Walker and his two traveling companions are all Deputy Sheriffs from Lexington County in South Carolina. Mr. Walker stated that, on the first night of the cruise, while at the blackjack table in the casino, he and his two traveling companions met two girls. One girl identified herself as "Brittney" and the other girl identified herself as Jackie. After the casino, they went up to the club and re-introduced themselves to the girls. The next night, while in the hot tub, "Brittney" told Mr. Walker that she is "on the run" and she has warrants for drugs. Jackie confirmed "Brittney's" statement to Mr. Walker. They admitted "Brittney" was a fake name, but when Mr. Walker asked what her real name was, neither girl would divulge "Brittney's" real name. Mr. Walker went back to his room and thought the girls were just joking around. While in the Dominican Republic, they ran into the two girls at a cabstand. "Brittney" told the men that at one of these ports she is not going to get back on the boat because she's on the run.

The men kept asking Jackie if "Brittney" was being serious with her story, and Jackie confirmed that "Brittney" is telling the truth. Mr. Walker stated that he told "Brittney" that they were all cops back home, and she still continued to tell them that she is on the run, which is why Mr. Walker thought it might all be a joke. Mr. Walker and his companions ran into Jackie at the casino a few nights later, and she came back to their cabin to play a game. While in the cabin, Jackie showed the three men a picture of "Brittney's" mugshot on her phone. Jackie was covering the name and date of birth under the mugshot, but one of the men was able to see the name and date of birth (Madison MCMAHON; DOB: xx/xx/1996) and shared the information with Mr. Walker afterwards. Mr. Walker subsequently called a coworker in South Carolina to run “Madison MCMAHON; DOB: xx/xx/1996” in the National Criminal Information Center (NCIC) for active warrants. The results came back positive for two warrants with extradition. At that point, Mr. Walker reported the situation to ship security. On the last night of the cruise, the men saw Jackie at the casino, and she asked if they said anything to anybody because their room agent told them that they had to report to Customs at 6 a.m. Throughout the cruise, MCMAHON admitted to Mr. Walker that she has several forms of identity, she planned on not getting back on the boat on one of the stops, that she paid $1,000 to a friend for the passport she's using, and that she had several phones.

At approximately 7:53 a.m. on April 11, 2026, HSI agents began to interview MCMAHON. Prior to questioning, officers advised MCMAHON of her constitutional rights, via a written warning and waiver form. MCMAHON stated that she understood her rights and agreed to be interviewed. She was also advised of 18 U.S.C. §§ 1001, False Statements, via a written warning, which MCMAHON stated she understood[1]. Post-Miranda, MCMAHON stated, in sum and substance, the following: MCMAHON admitted her name is Madison MCMAHON with a date of birth of xx/xx/1996. MCMAHON admitted she knows she has at least one active warrant for her arrest and admitted she removed her ankle monitor approximately two months ago. When asked about B.P.W., MCMAHON stated B.P.W. is a friend and admitted paying her $1,000 to use her passport, driver license, and birth certificate. MCMAHON stated she picked up the documents from B.P.W. in Florida shortly before her cruise. MCMAHON stated she used her Android (Moto) smartphone to communicate with B.P.W.[2] MCMAHON stated she obtained the passport, driver license, and birth certificate so she could go on the cruise and be undetected by law enforcement. MCMAHON admitted she knew it was illegal to lie to the CBP officers.

---

[1] On the first rights advisement form, MCMAHON actually wrote and signed the name of B.P.W. When HSI agents noticed this, they re-advised MCMAHON and she wrote and signed her true name on the second rights advisement form.

[2] A border search of MCMAHON's phone indicates that, the night before the cruise returned to Port Canaveral, after having been advised that she was required to report to Customs at 6 a.m. the next morning, MCMAHON had a lengthy exchange via text message with B.P.W. wherein she attempted to obtain detailed biographical data from B.P.W. that could potentially be used to evade law enforcement at the port and successfully fraudulently use B.P.W.'s passport to re-enter the United States.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: ______________________________

Jerry M. Harre
Special Assistant United States Attorney
USAO No. 0234
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: jerry.harre@usdoj.gov

**U.S. v. Madison Marie MCMAHON Case No: 6:26-cr-00109-PGB-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aisha Nash, Esq.
Office of the Federal Defender

Jerry M. Harre
Special Assistant United States Attorney
USA No. 234
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: jerry.harre@usdoj.gov