**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 6:26-cr-109-PGB-NWH | **DATE:** | June 10, 2026 |
| **HONORABLE: NATHAN W. HILL** | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br>v.<br>**MADISON MARIE MCMAHON** | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL:**<br>Jerry Harre | |
| | | **DEFENSE COUNSEL:**<br>Aisha Nash | |
| **COURT REPORTER:** | **DIGITAL** | **DEPUTY CLERK:** | J. Reyes |
| **TIME** 10:03 A.M.10:17 A.M. | **TOTAL:** 14 minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 4D |

**PROCEEDINGS: PLEA HEARING**

Case called; appearances taken; procedural setting by the Court.
Defendant sworn.
Court inquired of the Defendant regarding competency.
Defendant was advised of her rights and the rights waived by entering a guilty plea.
Defendant was advised of the charge(s) and penalties in the Indictment.
Court advised the Defendant of the sentencing guidelines.
Defendant plead guilty to Count(s): one of the Indictment.
Defendant admitted to the facts stated in the Notice of Essential Elements, Maximum Penalties, and Factual Basis (Doc. No. 27)
Court inquired of the Defendant regarding the essential elements.
Court found the facts sufficient to allow the Defendant to plead guilty.
Report and Recommendation entered.