UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-109-PGB-NWH

MADISON MARIE MCMAHON

**NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, has no objection to the Report and Recommendation issued by Magistrate Judge Nathan W. Hill on June 10, 2026 (Doc 33).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: ______________________________

JERRY M. HARRE
Special Assistant United States Attorney
USA No. 0234
400 W. Washington St.
Orlando, FL 32801
Phone: 407-648-7558
jerry.harre@usdoj.gov

**U.S. v. Madison Marie McMahon** **Case No: 6:26-cr-109-PGB-NWH**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aisha Nash, Esq.
Federal Public Defender

Jerry M. Harre
Special Assistant United States Attorney
USA No. 234
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: jerry.harre@usdoj.gov