**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No.: 6:26-cr-00109-PGB-NWH**

**MADISON MARIE MCMAHON,**

**Defendant,**

---

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) entered June 10, 2026, to which there has been no objection and the 14 day objection period has expired, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Indictment.

**Sentencing is scheduled for September 23, 2026 at 10:00 AM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida on June 25, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services