# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Sentencing Hearing**

**Case Number: 6:26-cr-109-PGB-NWH**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Madison Marie McMahon**
**Defendant.**

**Government's Counsel:** **Jerry Harre**

**Defense Counsel:** **Aisha Nash**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | September 29, 2026 | Time: | 1:37 PM – 2:04 PM<br>27 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant is adjudged guilty to Count One of the Indictment.

**IMPRISONMENT:** Time served.

**SUPERVISED RELEASE:** 2 years.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Mental Health Treatment
- Drug Aftercare
  Collection of DNA

**FINE:** Waived

**SPECIAL ASSESSMENT:** $100.00, due immediately.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court adjourned.